# In the United States Court of Federal Claims

**No.  09-725C**
**(Filed: December 23, 2009)**

```
* * * * * * * * * * * * * * * *
                              *
EUGENE KIGHT,                 *
                              *
             Plaintiff,       *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
             Defendant,       *
                              *
* * * * * * * * * * * * * * * *
```

## O R D E R

Defendant's unopposed motion, filed December 22, 2009, for a 60-day enlargement of time to respond to plaintiff's complaint is **GRANTED**.  Accordingly, defendant shall file its response by **February 26, 2010**.

**IT IS SO ORDERED**.


s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge